UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUE ANNE ACKLEY, | Case No. C11-1869-RSM-JPD |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | REPORT AND RECOMMENDATION |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 16.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge, including a *de novo* hearing, and a new decision. On remand, the Administrative Law Judge ("ALJ") shall: (1) limit his or her consideration to the issue of the claimant's disability prior to August 27, 2010; (2) reconsider and properly address acceptable and other

REPORT AND RECOMMENDATION
PAGE - 1

medical source evidence; (3) reconsider and reassess the claimant's credibility; (4) reconsider the claimant's residual functional capacity; (5) reconsider the claimant's ability to return to past relevant work as a maid; and if necessary, (6) obtain supplemental vocational expert testimony at steps four and five of the sequential evaluation process.

Upon proper application, the Court will consider whether reasonable attorney's fees should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

A proposed order accompanies this Report and Recommendation.

DATED this 29th day of March, 2012.

JAMES P. DONOHUE
United States Magistrate Judge